FILED

10/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0437



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0437

IN RE THE PARENTING OF C.J.E. and
S.M.E.:

TEGAN RAE KELLER

      Petitioner and Appellant,

    v.

NOAH FREDRICK EGLESTON,

      Respondent and Appellee.

SECOND
ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4), (c),

On September 27, 2021, E. Wayne Phillips was appointed as Mediator. He has since informed this office that he must decline the appointment.

ACCORDINGLY, the appointment of Judge Phillips is rescinded, and: IT IS ORDERED THAT **KENNETH D. TOLLIVER,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 4th day of October, 2021.

_____
Bowen Greenwood,
Clerk of the Supreme Court

c:     Mary-Elizabeth Sampsel; Terrance Toavs, Kenneth D. Tolliver